**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Robert NEAL, Sr., Defendant— Appellant.**

**No. 10–6861.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 10, 2011.

Decided: Feb. 11, 2011.

Robert Neal, Sr., Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Neal, Sr., appeals the district court's order denying his motion to compel the Government to file a Fed.R.Crim.P. 35 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Neal*, No. 0:02–cr–01392–CMC–1 (D.S.C. Apr. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*